No. 72–6357.  MAXWELL *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 72–6363.  MATNEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6370.  RANCE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 72–6375.  STANSEL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6384.  O'CLAIR *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 72–6386.  BETANCOURT *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6392.  WHEELER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6393.  ALVAREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6394.  BRIGHT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6395.  KACZYNSKI *v.* UNITED STATES ET AL. C. A. 6th Cir.  Certiorari denied.

No. 72–6404.  FISCH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6405.  HEARD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6408.  BURNS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6415.  DUCKWORTH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.